UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARIA DEL CARMEN<br>HERNANDEZ-GUZMAN,<br><br>　　　　　　　Defendant. | Case No.: 15-CR-1577-MMA<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 17] |
|---|---|

　　Upon motion of the United States of America and good cause appearing, the Court hereby **DISMISSES** the Information in the above-entitled case without prejudice.

　　**IT IS SO ORDERED AND ADJUDGED.**

DATED: July 20, 2015

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge